# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH L. BLANDING,** | : | |
| Petitioner | : | No. 1:11-cr-00051 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW,** on this 6th day of April, 2015, **IT IS HEREBY ORDERED THAT**:

1. Petitioner Kenneth Blanding's motion to vacate, set aside, or correct his sentence (Doc. No. 79) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. This case shall remain closed.

                                      S/ Yvette Kane
                                      Yvette Kane, District Judge
                                      United States District Court
                                      Middle District of Pennsylvania